IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS HENDRIAN,

    Plaintiff,

v.      3:13-CV-00775
    (JUDGE MARIANI)

ASTRAZENECA PHARMACEUTICALS LLP, et al.,

    Defendant.

## ORDER

**AND NOW, THIS 28TH DAY OF JANUARY, 2015,** upon consideration of Defendants' Motion for Summary Judgment, **IT IS HEREBY ORDERED THAT**:

1. The Motion for Summary Judgment (Doc. 18) is **DENIED**.

2. A telephone scheduling conference **SHALL BE CONDUCTED** on **Friday, February 20, 2015 at 11:15 a.m.** for purposes of scheduling this matter for trial. Counsel for the Plaintiff is responsible for arranging the call to Chambers at (570) 207-5750 and all participants should be prepared to proceed before the undersigned is contacted.

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge